No. 15, Misc. GIOVA v. ROSENBERG, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. Case transferred to the appellate docket. *Fred Okrand* for petitioner. *Solicitor General Cox* for respondent.

No. 519. SHERWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Richard H. Foster, John V. Lewis* and *Clifton Hildebrand* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Lawrence K. Bailey* for the United States.

No. 523. LEWIS ET AL. v. KOSTY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward L. Carey, John J. Wilson, Val J. Mitch, Harold H. Bacon* and *Charles L. Widman* for petitioners. *Joseph M. Stone* and *Louis Rabil* for respondent.

No. 531. COOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Marion E. Sibley, Vincent C. Giblin* and *Sam Daniels* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Norman Sepenuk* for the United States.